# EXHIBIT C

Adrianna Anthony-Gaffield
Fortuna, CA
(626) 437-3111
aranthonyg@gmail.com

December 18, 2025

Dear Honorable Marc C. Scarsi
United States District Court
350 W. First Street
Los Angeles, CA 90012

I am the eldest sister of Dante' Anthony-Gaffield, aka "Bubs". I have been given the privilege of knowing Dante' his whole life. I am an adoptee, as well as my sister, and my brother Dante'. Although there is no consanguinity, we have formed a bond that has allowed us to conquer adversity together. From camping trips where we were banging pots and pans because we wanted to ward off bears, but ended up creating a family song that we sing to this day, to being in each other's presence and eating at restaurants our late Papa use to love while talking about how over the top of a New York, Italian he was. Seven years ago, I decided to move to Humboldt County in northern California. I was in my early twenties, in need of a new environment and change of pace. Not only have I moved up in two companies, both from entry level positions to management, and then eventually General manager, but I have also immersed myself into one of the most loving, rural, collaborative driven communities. Something my parents instilled in my siblings and myself growing up.

Learning about the allegations against my brother has shocked me. Dante's appearance might look intimidating to those who don't know him, but all his life, he has been referred to as a "Gentle Giant". In our youth, my Dad, David, picked all three of us kids from school and on our way home the car broke down. I had homework I needed to finish, so I could watch my show because at that time we didn't have the luxury of watching a show at any time we pleased. My Dad told me to take my brother with me and annoyingly I did. He was reciting poetry on his way home, which meant he was not walking fast enough to keep up with me. I am a petite woman who is fully grown at 5 '3 ft and my brother surpassed my height once he was 8 years of age and I was 13 years of age. I begin to look back and constantly say "Hurry Up" and "Please walk faster". A car pulled over and a man got out and started to charge Dante' screaming, "Get away from her, you leave her alone". I immediately jump in between and yell at him to leave my brother alone. At that moment, the man, my brother, and myself realized this current world would always assume who my brother was based on his stature and appearance. The man was mortified and apologized after I explained that I was only yelling at him to walk faster to get home. Once the man got in his car and left I began to complain and get angry and Dante' put his hand on my shoulder and told me, that saying mean things about someone who doesn't understand isn't going to make what just happen go away, but rather that he was glad we could be a new example of family in that man's eyes. We continued to walk slowly and I asked him to repeat his poetry and I was fine with missing my show because I was enamoured with what he said.

Dante' has continuously fought to better himself whether it be in academia, volunteer work, or his own personal growth. He has faced many difficulties in his life, but always found his

way through with persistence, determination to grow, and also not leaving people behind. He has always helped those around him. He can't tell a joke because he is laughing so hard at the joke itself, that he can never get it out. He has given up his room so others who didn't have a place to go could stay and feel safe. Dante' is an Anthony-Gaffield and our family has faced so much. At the age of sixteen, I watched my Papa pass in a hospice bed and had to go wake up my sleeping, ten year old brother. When I woke him up, I broke the news and we cried. He told me, "I got you" something I should have been telling him.

Still surprised by these allegations, we face everything head on as Anthony-Gaffields and we will do everything to show support and love to Dante'. The core of Dante' is loving and kind. My Bubs is a good person and with therapy, and allowing him to stay in school along with work would set him up for success. This year has been devastating, for we lost our home in the Altadena fires. I can only speak for myself, but an adoptee without a home is extremely triggering, even if it is not the one i currently reside in but that one where we made so many memories. Please allow me the chance to help him and tell him that "I've got him now".

Sincerely,

       Adrianna Anthony-Gaffield

`Kevin Gaffield
!245 N Laurel Ave #14
West Hollywood, CA 90046
December 18, 2025

Honorable Marc C. Scarsi
United States District Court
350 W. First Street
Los Angeles, CA 90012

Re: Character Letter in Support of Dante Anthony- Gaffield

Your Honor,

My name is Kevin Gaffield and I reside in West Hollywood, CA where I have lived for 34 years. I am employed as LAUSD Elementary School Teacher and have worked in this field for 19 years. I am married, we have been together for 34 years, and do not have any children of or own.

I am Dante's uncle, and our family is very close. I have known Dante his entire life and have watched him grow from childhood into adulthood. Because of our close-knit family, I have had consistent and meaningful contact with him over the years and know him well.

I am aware that Dante is facing serious charges. I was surprised when I learned of them, as they are inconsistent with the character I have observed in Dante throughout his life. I understand the seriousness of the matter before the Court, and I offer this letter solely to share my personal knowledge of his character, not to comment on the allegations themselves.

From my experience, Dante is a kind and caring individual, and he concern for others. One example that stands out is Dante learned American Sign Language in order to communicate with my husband, his uncle who happens to be Deaf. Other members of the family sign very little, if at all. He was not prompted nor asked to do so. The concern, care, and supportive behavior reflects the person I have known him to be over many years.

Dante's ties to his family and support, I believe would prompt him to comply fully with any conditions imposed by the Court, including strict supervision, counseling, or other requirements the Court deems appropriate. Our family is prepared to provide support in ensuring he follows all court orders and remains accountable.

Thank you for your time and consideration.

Respectfully submitted,

Kevin Gaffield
Uncle of Dante Anthony-Gaffield

To whom it may concern,

My name is Javier, I'm a native of Los Angeles, a substitute school teacher for two years and a friend of Dante's for about 6 months. I met Dante protesting ICE's occupation outside of the MDC back in June. The more I spent time with Dante the more I got to see who he is and I learned more about his character. He's a genuine person who has a big heart and a great poet. He's one of the protesters who've I met outside of the MDC who's one of the sweetest people. He's kind to all of his friends and he cooks great food for all of us whenever we have potlucks.

When I heard about Dante's charges I was genuinely shocked since I never expected him to do anything like what he's being accused of. Dante would never hurt anyone since he is a kind soul and good friend. He is greatly missed by his friends and community. Dante isn't a violent criminal, he's a great person who just recently got a new kitten. I'm sure his kitten missed him too

My name is Solomon Tanner, and I have been a lifelong resident of Los Angeles. For over 25 years, I've called this city home, and I currently own a business that handles deliveries, moving, and hauling for residents moving in and out of the city.

I met Dante in June 2025, during a time when the city was experiencing significant unrest. Initially, I had distanced myself from activism, but Dante's work in supporting and assisting those affected by the chaos reinvigorated my own sense of community involvement. Over time, I came to learn that Dante was not only a committed activist, but someone who deeply cares for others. He always took the time to help—whether it was giving someone a ride, providing food or water, or simply offering a listening ear.

When I first heard of the charges against Dante, I was completely shocked. Based on everything I've witnessed about his character, I could never have imagined that he would be involved in anything harmful. Dante is the kind of person who spends his time helping others, not hurting them. His peaceful, selfless nature is something that has drawn me to him and many others in the community.

I have seen Dante actively participate in various charitable efforts, from distributing clothes and food to offering medical supplies to those in need. His work is driven by a genuine desire to help others, and he does so without expecting anything in return. I have always found him to be a man of honesty and integrity, consistently putting others before himself.

In light of all this, I humbly request that your Honor consider Dante's long-standing contributions to his community and allow him to return home to his family for the holidays. I believe that he has shown himself to be a positive influence in Los Angeles, and would benefit greatly from any support the court might deem appropriate, including therapy to help him through this challenging period.

Thank you for taking the time to read my letter. I hope it finds you in good spirits.

Honorable Marc C. Scarsi
United States District Court
350 W. First Street
Los Angeles, CA 90012

**From:** **Ruth Molina**  molinaruth693@gmail.com
**Subject:** Character letter for Dante
**Date:** December 18, 2025 at 12:00 PM
**To:** robert@hiddenvalleylaw.com



To whom this may concern:

My name is Emily and I am a friend of Dante. I was born and raised in East Hollywood. I am currently a healthcare worker and plan to continue schooling to become a nurse.

Dante and I met in June of 2025 as we were both peacefully and legally exercising our right to voice our concerns. Dante is the sweetest most caring person I have ever met. He is a great friend and an exceptional community member. We began to see the need for mutual aid in our community and Dante did not hesitate to jump in and help feed the community. He cooks food for our community members and passes out food at Skid Row and McArthur Park. He spends his time helping out his friends with rides and anything else we may need. He cares for his friends deeply constantly reminding us to take care of ourselves. He even reminds us to hydrate and eat healthy.

I am aware of the charges that Dante is being accused of and that is not indicative of the kind of person Dante is. Dante is a peaceful person with a big heart. He would give you the shirt off his back and the last dollar in his pocket. I know that I am safe whenever I'm around Dante. He does not belong in prison. Dante is kind and deserves to be released.

Thank you for your time.
Sincerely,
Emily