UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – ARRAIGNMENT

Case No. 2:25-cr-01022-MWF                                                                  Date: 1/20/2026

Present: The Honorable: Maria A. Audero, United States Magistrate Judge

Interpreter N/A                                                         Language N/A

| Marina Moreno-Carillo | CS 01/20/2026 | Barr Benyamin |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

U.S.A. v. Defendant(s)   ✔ Present   In Custody         Attorneys for Defendants:   ✔ Present   CJA

Dante Gaffield                                                         Robert K. Schwarz S/A by Benjamin Lechman

Proceedings: Arraignment of Defendant and/or        ✔ Assignment of Case        Appointment of Counsel
                                                                         Initial Appearance

* Defendant states true name is the name on the Indictment.
* Defendant is arraigned under name on the Indictment.
* Defendant acknowledges having read the Indictment and discussed it with counsel.
* Defendant pleads "not guilty" to all counts of the Indictment.
* This case is assigned to Judge Michael W. Fitzgerald.
* It is ordered that the following date(s) and time(s) are set: Jury Trial: 2/17/2026 8:30 AM;
Status Conference: 2/2/2026 3:00 PM
* Judge Fitzgerald is located in 5A, Los Angeles - United States Courthouse, 350 W 1st Street, CA 90012-4565.

cc:     PSALA            PSAED           PSASA
    ✔ USMLA            USMED           USMSA           Initial Appearance/Appointment of Counsel: 00 : 00
        Statistics Clerk                 Interpreter                                Arraignment: 00 : 05
    ✔ CJA Supervising Attorney      Fiscal            Initials of Deputy Clerk: MMC by TRB